UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA          :
                                  :    Case No: 2: 21-cr-149
v.                                :
                                  :    JUDGE: MORRISON
PATRICK W. GREAVER                :
                                  :    18 U.S.C. § 2252(a)(4)(B) and (b)(2)
                                  :    18 U.S.C. § 2253

                                  INFORMATION


THE UNITED STATES ATTORNEY CHARGES:


                                  COUNT ONE

Between on or about September 5, 2020 and September 14, 2020, in the Southern District

of Ohio, the defendant, **PATRICK W. GREAVER**, having previously been convicted of an

offense under the laws of Ohio relating to aggravated sexual abuse, sexual abuse, or abusive

sexual conduct involving a minor or ward—that is, in the Licking County Court of Common

Pleas, case number 14CR620, by Judgment Entry dated November 17, 2014, for two counts of

Gross Sexual Imposition, in violation of O.R.C. § 2907.05(A)(4)— knowingly possessed matter,

that is a digital media device that contained one or more visual depictions; the production of such

visual depictions having involved the use of minors engaging in sexually explicit conduct, as

defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such

visual depictions were mailed, shipped or transported using any means or facility of interstate or

foreign commerce, including by computer or internet.

**All in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).**

## FORFEITURE A

1.      The allegations contained in Count One of this Information are realleged and incorporated here for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 2253.

2.      Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense alleged in Count One of the Information the defendant, **PATRICK W. GREAVER,** shall forfeit to the United States of America:

> a.  Any visual depiction described in Title 18, United States Code, sections 2251, 2252 or 2252A or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

> b.  All property used or intended to be used to commit or to promote the commission of the aforementioned offense, or any property traceable to such property, including, but not limited to, the following:

> > • One Samsung Cellular Phone, Model SM-111DL; and
> > • One Gold HP Pavilion x360 m3 Convertible PC Laptop, Model Number ms-u003dx bearing Serial Number 8CG6312NM6.

**Forfeiture in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**VIPAL J. PATEL**
**ACTING UNITED STATES ATTORNEY**

**EMILY CZERNIEJEWSKI, 6308829 (IL)**
**HEATHER A. HILL, 6291633 (IL)**
**Assistant United States Attorneys**

2